# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128498

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEVON RECALD JAMES,
     Defendant-Appellant.

SC: 128498
COA: 251719
Macomb CC: 03-000538-FC

_____/

     On order of the Court, the application for leave to appeal the March 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

d1024